RECEIVED
IN MONROE, LA.
JUL 2 3 2012
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| ANTHONY T. SCOTT<br>LA. DOC #518870 | CIVIL ACTION NO. 3:11-cv-2145 |
| VERSUS | SECTION P |
| | JUDGE ROBERT G. JAMES |
| WARDEN BURL CAIN | MAGISTRATE JUDGE KAREN L. HAYES |

## RULING

Pending before the Court is a Petition for Writ of *Habeas Corpus* filed by *pro se* Petitioner Anthony T. Scott pursuant to 28 U.S.C. § 2254. On June 27, 2012, Magistrate Judge Karen L. Hayes issued a Supplemental Report and Recommendation. [Doc. No. 11]. Magistrate Judge Hayes rescinded her previous Report and Recommendation [Doc. No. 8], in which she had recommended that the Court dismiss Petitioner's case for failure to comply with her orders. She now recommends that the Court dismiss the Petition as time-barred by 28 U.S.C. § 2244(d).

The time period for objections has passed, and Petitioner has not filed any objections. The Court has reviewed the Report and Recommendation and determined that the findings are correct under the applicable law. Therefore, the Court ADOPTS the Report and Recommendation, but issues this Ruling to correct one factual statement.

On page 6 of the Report and Recommendation, Magistrate Judge Hayes states that the Louisiana Second Circuit Court of Appeals affirmed Petitioner's conviction and sentence and mailed notice to his appellate counsel on "March 19, 2008." [Doc. No. 11, p. 6]. However, that date is a

typographical error because the Report and Recommendation previously stated that the Second Circuit affirmed Petitioner's conviction and sentence on "December 19, 2007," which is consistent with the case citation. *Id.* at pp. 2 & 6. It is clear from the remainder of the analysis that Magistrate Judge Hayes used the correct date of the Second Circuit's decision to calculate the time for Petitioner to file his *habeas* Petition.

The Court finds that this typographical error does not affect the analysis, which the Court has adopted, and Magistrate Judge Hayes correctly concluded that the Petition should be dismissed as time-barred. Therefore, the Petition will be DISMISSED WITH PREJUDICE as time-barred by 28 U.S.C. § 2244(d).

MONROE, LOUISIANA, this 23 day of July, 2012.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE